FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0208

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0208

_____

JACKPOT FARMS, INC. a Montana Corporation,

     Plaintiff and Appellee,

v.

O R D E R

JOHNS FARMS, INC., a Montana Corporation,

     Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020